

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2016

No. 04-16-00441-CV

Nasser **NAKISSA**, as Trustee of the Nasser Nakissa Family Trust,
Appellants

v.

Maxine Elizabeth Schuritz **KORUS**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI07505
The Honorable Richard E. Price, Judge Presiding

# O R D E R

Appellant's brief in this appeal was due September 19, 2016. Neither the brief nor a motion for extension of time has been filed. We **order** Nasser Nakissa to file, **by October 6, 2016,** his appellant's brief and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)."

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court